**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THE TRACTOR COMPANY, INC.,                    Bankruptcy No.  15-23829-CMB

    Debtor.                                                    Chapter 11

---

BRANCH BANKING AND                                    Adversary No. 15-
TRUST COMPANY,

    Plaintiff,

vs.

THE TRACTOR COMPANY, INC.,
a West Virginia corporation; JOE D. ISON;
and WILLIAM E. CONNOLLY, individually,

    Defendants.

## NOTICE OF REMOVAL

**AND NOW,** comes The Tractor Company, Inc., the Debtor, by and through its Counsel, Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney and files this **NOTICE OF REMOVAL**:

1.    The Debtor in this Chapter 11 Case, hereby removes to this Honorable Court the case of **BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation vs. THE TRACTOR COMPANY, INC., a West Virginia corporation; JOE D. ISON; and WILLIAM E. CONNOLY, individually**, pending before the United States District Court for the Southern District of West Virginia at Civil Action No. 5:14-cv-25740-ICB.

2. The Debtor is entitled to remove this Civil Action pursuant to 28 U.S.C. Section 1452, 28 U.S.C. Section 1334 and F.R.B.P. Rule 9027, and is doing so in a timely manner in accordance with F.R.B.P. Rule 9027 (a)(2).

3. The removed Civil Action is a core proceeding which involves, among other things, breach of contract claims brought against the Debtor and Principals of the Debtor. This action involves Property of this Estate, the administration of the Estate, allowance or disallowance of claims against the Estate, and affects the adjustment of the debtor-creditor relationship. See: *28 U.S.C. Section 157(b)(2)(a), (b) & (o); 11 U.S.C. Section 541*; and ***Bd. Of Trustee v. Foodtown, Inc.*,** 296 F.3d 164, 2002 U.S. App. Lexis 14402, 48 Collier Bankr. Case. 2d (MB) 1007, 28 Employee Benefits Case. (BNA) 1641 (3d Cir. N.J. 2002).

4. In compliance with F.R.B.P. Rule 9027 (a)(1), A copy of the Docket Report from the United States District Court for the Southern District of West Virginia (Beckley) is attached hereto as **EXHIBIT A** and all docketed pleadings filed in the removed Civil Action are numbered (1 through 54) and attached hereto collectively as **EXHIBIT B**.

Respectfully Submitted,

Date: November 16, 2015  /s/ Robert O Lampl
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
Counsel for Defendants
960 Penn Avenue, Suite 1200
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **THE TRACTOR COMPANY, INC.,** | Bankruptcy No. 15-23829-CMB |
| **Debtor.** | Chapter 11 |

| | |
|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | Adversary No. 15- |
| **Plaintiff,** | |
| vs. | |
| **THE TRACTOR COMPANY, INC.,** a West Virginia corporation; **JOE D. ISON;** and **WILLIAM E. CONNOLLY,** individually, | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher, David L. Fuchs and Ryan J. Cooney hereby certify that on the 16th day of November, 2015, a true and correct copy of the within **NOTICE OF REMOVAL** was served upon the following *(via electronic service, First-Class U.S. Mail and/or FedEx)* as noted:

Norma Hildenbrand
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222
*(via First-Class U.S. Mail)*

Angela D. Herdman
David A. Bosak
Spilman Thomas & Battle
P.O. Box 273
Charleston, WV  25321-0273
*(via First-Class U.S. Mail)*

| | |
|---|---|
| Christopher S. Smith<br>Nicola D. Smith<br>Hoyer Hoyer & Smith<br>22 Capitol Street<br>Charleston, WV  25301<br>*(via First-Class U.S. Mail)* | Sally E. Edison<br>Spilman Thomas & Battle<br>One Oxford Centre, Suite 3440<br>301 Grant Street<br>Pittsburgh, PA  15219<br>*(via First-Class U.S. Mail)* |

Clerk of Court-U.S. District Court
Southern District of West Virginia
110 North Heber Street, Room 119
Beckley, WV  25801
*(via FedEx)*

| | |
|---|---|
| Date:  November 16, 2015 | */s/ Robert O Lampl*<br>ROBERT O LAMPL<br>PA I.D. #19809<br>JOHN P. LACHER<br>PA I.D. #62297<br>DAVID L. FUCHS<br>PA I.D. #205694<br>RYAN J. COONEY<br>PA I.D. #319213<br>Counsel for Defendants<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA  15222<br>(412) 392-0330 (phone)<br>(412) 392-0335 (facsimile)<br>Email:  rlampl@lampllaw.com |